United States District Court
Southern District of Texas
**ENTERED**
July 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARCELA TARAZON | ) |
| | ) |
| VS. | )   CIVIL ACTION NUMBER |
| | ) |
| MIDLAND CREDIT MANAGEMENT, | )   M-18-081 |
| INC., MIDLAND FUNDING LLC, | ) |
| AND JOHN DOES 1 TO 10 | ) |

## J U D G M E N T

On the 24th day of July, 2019, came on to be heard the "Defendants Midland Credit Management, Inc. and Midland Funding LLC's Motion for Summary Judgment (Docket Entry Number 33), and the Court, after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment is hereby GRANTED and all claims and causes of action asserted by Plaintiff against Defendants are hereby DISMISSED.

DONE this 25th day of July, 2019, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE